## Commonwealth v. Bottoms.

(Decided January 24, 1911).

### Appeal from Mercer Circuit Court.

Taxed Attorney's Fee—Criminal Cases—To Whom Paid.—The only provision for a taxed attorney's fee in a criminal case is section 354 Criminal Code, and under it the fee is for the benefit of the attorney general, and by section 117-a, Ky. St., now goes into the State Treasury.

JAS. BREATHITT, Attorney General; T. B. McGregor, Assist-
ant Attorney General, and C. E. RANKIN, Commonwealth Attorney,
for appellant.

J. F. VANARSDALL and BEN LEE HARDIN, for appellee.

OPINION OF THE COURT BY CHIEF JUSTICE HOBSON—
On motion for taxed attorney's fee by city attorney.

These prosecutions were instituted against appellee
for an infraction of a city ordinance and judgment hav-
ing been entered for him the Commonwealth appealed to
this court where the judgment was affirmed. The clerk
taxed an attorney's fee and it was paid into the State
treasury. Of this the city by its attorney complains.

The only provision for a taxed attorney's fee in a
criminal case is section 354, Criminal Code, and under
it the fee is for the benefit of the attorney general, and
by section 117a, Kentucky Statutes, now goes into the
State treasury. There being no other provision of law
for a taxed attorney's fee herein the city cannot com-
plain. (See Commonwealth v. Bottoms, 140 Ky., 212.)